PROB 12C
(6/16)

Report Date: December 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin William Russell                Case Number: 0980 2:19CR00196-RMP-1

Address of Offender:                                                                 Washington 99206

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 13, 2013
Date of Order Reducing Sentence: November 24, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(November 24, 2015) | Prison - 66 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: September 24, 2018 |
| Defense Attorney: | Federal Defender Office | Date Supervision Expires: September 23, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On December 1, 2020, it is alleged that Mr. Russell violated his terms of supervised release by committing the crime of possession of a controlled substance, a direct violation of mandatory condition number 2.<br><br>On May 13, 2019, Mr. Russell reported to the U.S. Probation Office for the purpose of an intake. It was at that time, he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Russell acknowledged he understood his obligation to the Court.<br><br>On December 1, 2020, per Spokane County Sheriff's Office (SCSO) report 2020-10157877, a SCSO deputy observed two males standing near a vehicle that was illegally parked. The |

        deputy activated his emergency lights and contacted the two males, and Mr. Russell informed the deputy he was responsible for the illegally parked vehicle. The deputy asked Mr. Russell for his identification, and as he was pulling out his wallet the deputy observed a plastic baggie containing a white crystalline substance fall to the ground, and based upon his training and experience, he recognized this substance to be methamphetamine. A field test confirmed the substance was presumptive positive for amphetamines. Mr. Russell was arrested and booked into the Spokane County Jail for felony possession of a controlled substance.

2        **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

        **Supporting Evidence**: On December 1, 2020, it is alleged that Mr. Russell violated the terms of his supervised release, as he was both in possession of a controlled substance and unlawfully used a controlled substance, a direct violation of mandatory condition number 3.

        On May 13, 2019, Mr. Russell reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Russell acknowledged he understood his obligation to the Court.

        On December 1, 2020, per SCSO report 2020-10157877, Mr. Russell was in possession of a baggie which contained a controlled substance that tested presumptive positive for amphetamines. On December 2, 2020, the undersigned and Mr. Russell spoke about the incident, as noted in SCSO report 2020-10157877, in which he admitted that he was in possession of, and last used, methamphetamine on December 1, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   12/02/2020

        s/Jonathan C. Bot

        Jonathan C. Bot
        U.S. Probation Officer

Prob12C
**Re: Russell, Justin William**
**December 2, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

      12/3/2020
_____
Date