PROB 12C
(6/16)

Report Date: April 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin William Russell           Case Number: 0980 2:19CR00196-RMP-1

Address of Offender:                               Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment:<br>(February 20, 2015) | Prison - 77 months<br>TSR - 60 months | |
| Amended Sentence:<br>(November 24, 2015) | Prison - 66 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: September 24, 2018 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: September 23, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

    1            **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                 **Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release on March 31, 2021, by committing the offense of first degree trespassing, a direct violation of mandatory condition number 2.

                 On May 13, 2019, Mr. Russell reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Russell acknowledged he understood his obligation to the Court.

Prob12C
Re: Russell, Justin William
April 21, 2021
Page 2

Per Kalispel Tribal Police Department (KTPD) report 2021-82001743, Mr. Russell was trespassed from the Northern Quest Casino on October 12, 2020, for damaging a slot machine, and that he signed his trespass letter on January 12, 2021. On March 31, 2021, Mr. Russell was observed in the gaming section by a Kalispel Tribal gaming agent inside the Northern Quest Casino, actively playing a slot machine. A KTPD officer was notified, and the officer contacted Mr. Russell. He was briefly detained and ultimately given a criminal citation for first degree trespassing, and released.

2          **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release on March 31, 2021, as he was questioned by an officer with the KTPD, and he failed to report this contact within 72 hours, which is a direct violation of standard condition number 11.

On May 13, 2019, Mr. Russell reported to the U.S. Probation Office for the purpose of an intake. It was at that time, he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Russell acknowledged he understood his obligation to the Court.

On March 31, 2021, per KTPD report 2021-82001743, Mr. Russell was briefly detained and given a criminal citation of first degree trespassing. Mr. Russell did not divulge this information to the undersigned officer until April 19, 2021, after his supervised release revocation hearing.

3          **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release on or about Aril 17, 2021, as Mr. Russell used methamphetamine, which is a direct violation of mandatory condition number 3.

On May 13, 2019, Mr. Russell reported to the U.S. Probation Office for the purpose of an intake. It was at that time, he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Russell acknowledged he understood his obligation to the Court.

On April 19, 2021, Mr. Russell reported to the U.S. Probation Office after his supervised release revocation hearing, as directed. Mr. Russell was informed a urinalysis was to be collected, and after initially being dishonest, Mr. Russell admitted to the undersigned, and via a signed document, that he last used methamphetamine on April 17, 2021.

Prob12C
Re: Russell, Justin William
April 21, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/21/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/22/2021

Date