PROB 12C
(6/16)

Report Date: July 13, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 13, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Justin William Russell | Case Number: 0980 2:19CR00196-RMP-1 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment:<br>(February 20, 2015) | Prison - 77 months<br>TSR - 60 months | |
| Amended Sentence:<br>(November 24, 2015) | Prison - 66 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: September 24, 2018 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: September 23, 2023 |

### PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/22/2021, 05/12/2021 and 06/29/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release on or about July 11, 2021, by using methamphetamine. |

Prob12C
Re: Russell, Justin William
July 13, 2021
Page 2

On May 13, 2019, Mr. Russell reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Russell acknowledged he understood his obligation to the Court.

On July 12, 2021, Mr. Russell reported to the U.S. Probation Office after his initial appearance in respect to the petition filed on June 29, 2021. The undersigned inquired if Mr. Russell would be able to provide a urinalysis, in which he subsequently admitted to the undersigned, and via a signed document, that he last used methamphetamine on July 11, 2021. Mr. Russell's urinalysis was presumptive positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/13/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/13/2021

Date