PROB 12C
(6/16)

Report Date: February 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin William Russell      Case Number: 0980 2:19CR00196-RMP-1

Address of Offender: ███████████████  Spokane Valley, Washington  99206

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation sentence:<br>(July 27, 2021) | Prison - 6 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: January 18, 2022 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: November 17, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On January 21, 2022, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4** : You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release by using methamphetamine on or about January 12, 2023.<br><br>On January 13, 2023, Mr. Russell provided a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Russell admitted to the undersigned, and via a written statement, that he last used methamphetamine on or about January 12, 2023. |

Prob12C
**Re: Russell, Justin William**
**February 16, 2023**
**Page 2**

2  **Special Condition #4** : You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release by using methamphetamine on or about January 26, 2023.

On January 26, 2023, Mr. Russell provided a urinalysis at Pioneer Human Services (PHS) that tested presumptive positive for methamphetamine. Thereafter, Mr. Russell signed an admission statement that he last used methamphetamine on January 26, 2023.

3  **Special Condition #4** : You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release by failing to appear for a random urinalysis as directed on February 8, 2023.

On January 13, 2023, Mr. Russell was advised he would be placed on the phase urinalysis testing program at PHS. Mr. Russell was further advised he would be on the urinalysis testing color brown. He was directed to call the testing line every day, and was to report to PHS on the days that brown was called, in order to submit to urinalysis testing. Mr. Russell acknowledged an understanding of this process.

On February 8, 2023, without being excused and/or contacting the undersigned in any manner, Mr. Russell failed to report to PHS to submit to urinalysis testing, as his previously assigned color, brown, was scheduled to test on that date.

4  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release as he failed to report to his probation officer as directed on February 9, and 15, 2023.

Specifically, in response to Mr. Russell failing to appear for his random urinalysis on February 8, 2023, the undersigned contacted Mr. Russell via telephone on the morning of February 9, 2023. It was at that time Mr. Russell was directed to report to the U.S. Probation Office at 2:30 p.m., or before. At 2:22 p.m. on that date, Mr. Russell sent a text message inquiring if he could report to the probation office on February 13, 2023, in which the undersigned denied this request. Mr. Russell failed to report to the probation office on February 9, 2023, as directed.

On February 15, 2023, the undersigned left a voicemail message and a text message on Mr. Russell's cellular telephone at 7:49 a.m., in which he was directed to report to the probation office no later than 12 p.m., on that date. Mr. Russell failed to report as directed and/or contact the undersigned in any manner to offer explanation. It appears Mr. Russell is evading supervision.

Prob12C
Re: Russell, Justin William
February 16, 2023
Page 3

     5     **Special Condition #4**: You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

           **Supporting Evidence**: It is alleged that Mr. Russell violated the terms of his supervised release by failing to appear for a random urinalysis as directed on February 15, 2023.

           On February 15, 2023, without being excused and/or contacting the undersigned in any manner, Mr. Russell failed to report to PHS to submit to urinalysis testing, as his previously assigned color, brown, was scheduled to test on this date.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 16, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/16/2023

Date