PROB 12C
(6/16)

Report Date: March 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin William Russell        Case Number: 0980 2:19CR00196-RMP-1

Address of Offender: ███████████████  Spokane Valley, Washington  99206

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation sentence:<br>(July 27, 2021) | Prison - 6 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 18, 2022 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: November 17, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/16/2023.

On January 21, 2022, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #3**: You must not knowingly leave the leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Russell violated the conditions of his supervised release by leaving the federal judicial district where he was authorized to reside, on or about March 1, 2023.<br><br>Specifically, on March 1, 2023, per United States Marshals Service (USMS) report 11-23-60088, Mr. Russell was arrested in the District of Idaho on the outstanding warrant issued by the Honorable Judge Peterson, Senior U.S. District Judge, on February 16, 2023, in |

Prob12C
**Re: Russell, Justin William**
**March 10, 2023**
**Page 2**

      response to alleged violations of Mr. Russell's supervised release. Mr. Russell did not have permission to leave the Eastern District of Washington from the Court or his probation officer.

7      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: It is alleged that Mr. Russell violated the conditions of his supervised release by being in possession of a controlled substance and/or using controlled substance, on or about March 1, 2023.

      Specifically, on March 1, 2023, per USMS report 11-23-60088, the USMS and the Kootenai County Sheriff's Office (KCSO) deputies were searching for Mr. Russell on the outstanding warrant issued by the Honorable Judge Peterson, Senior U.S. District Judge on February 16, 2023. KCSO deputies also had probable cause to arrest him on a new crime of delivery of methamphetamine.

      On March 1, 2023, Mr. Russell was located during a traffic stop. He was in the passenger seat of a vehicle. After the driver was removed from the vehicle, Mr. Russell was informed that he had a warrant for his arrest. Mr. Russell failed to comply with verbal directives from law enforcement to exit the vehicle. After approximately 5-10 minutes of commands being given, he was informed that a police K-9 could potentially bite him should he not comply. A KCSO K-9 was subsequently deployed through the driver side of the vehicle window and Mr. Russell was bit on his left ankle. He then began to follow instructions and exited the vehicle. Mr. Russell was arrested on the aforementioned warrant and during a search incident to arrest, methamphetamine was located in the passenger seat where Mr. Russell was sitting.

      It should also be noted, Mr. Russell was transported to the Kootenai Medical Center (KMC) for evaluation after he was bitten. While at KMC, he became unconscious. KMC staff and law enforcement believed that he likely overdosed as he ingested controlled substances while he refused commands to exit the vehicle. Mr. Russell was administered Narcan and he was revived. He was ultimately admitted to the hospital for the next 3 nights. Additional criminal charges of possession of methamphetamine are pending further investigation by the KCSO.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Russell, Justin William
March 10, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 10, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

3/10/2023

Date