PROB 12C
(6/16)

Report Date: October 23, 2024

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2024

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin William Russell     Case Number: 0980 2:19CR00196-TOR-1

Address of Offender: ███████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 27, 2021) | Prison - 6 months<br>TSR - 34 months | |
| Revocation Sentence:<br>(May 30, 2023) | Prison - 14 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: March 1, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 31, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/4/2024.

On March 5, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Russell, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Russell allegedly violated the terms of his supervised release by using methamphetamine on or about October 11, 2024.<br><br>On October 11, 2024, Mr. Russell provided a urine sample that tested presumptive positive for methamphetamine. Thereafter, Mr. Russell admitted via a written statement, that he used methamphetamine on October 11, 2024. |

Prob12C
Re: Russell, Justin William
October 23, 2024
Page 2

| | | |
|---|---|---|
| 8 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | | **Supporting Evidence**: Mr. Russell allegedly violated the terms of his supervised release by using methamphetamine on or about October 12, 2024. |
| | | On October 15, 2024, Mr. Russell provided a urine sample that tested presumptive positive for methamphetamine. Thereafter, Mr. Russell admitted via a written statement, that he used methamphetamine on October 12, 2024. |
| 9 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | | **Supporting Evidence**: Mr. Russell allegedly violated the terms of his supervised release by using methamphetamine on or about October 21, 2024. |
| | | On October 22, 2024, Mr. Russell provided a urine sample that tested presumptive positive for methamphetamine. Thereafter, Mr. Russell admitted via a written statement, that he used methamphetamine on October 21, 2024. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

October 24, 2024
Date