PROB 12C
(6/16)

Report Date: November 19, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Justin William Russell                Case Number: 0980 2:19CR00196-TOR1

Address of Offender:                    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 27, 2021) | Prison - 6 months<br>TSR - 34 months | |
| Revocation Sentence:<br>(May 30, 2023) | Prison - 14 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: March 1, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 31, 2026 |

**PETITIONING THE COURT**

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/4/2024 and 10/23/2024.

On March 5, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Russell, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #2**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Russell allegedly violated the above-stated condition on November 7, 2024. On this date, Mr. Russell was arrested by Coeur d'Alene Police Department (CPD) for felony possession of controlled substance and misdemeanor possession of drug paraphernalia, pursuant to CPD incident report 24C46039.<br><br>According to CPD report 24C46039, local law enforcement officers conducted a traffic stop involving Mr. Russell. Officers discovered Mr. Russell had an outstanding federal warrant |

Prob12C
**Re: Russell, Justin William**
**November 19, 2024**
**Page 2**

for his arrest. Upon a search of Mr. Russell and his property, a loaded methamphetamine pipe and approximately 19 grams of methamphetamine were located. Mr. Russell was arrested for the aforementioned crimes.

At the time of this petition, Mr. Russell is in custody at Kootenai County Jail and the charges remain pending.

11    **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court of the probation office.

**Supporting Evidence**: Mr. Russell allegedly violated the above-stated condition on November 7, 2024. On this date, Mr. Russell was arrested in the District of Idaho by Coeur d'Alene Police Department. Mr. Russell did not have permission to leave the Eastern District of Washington by the Court or probation officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/19/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge
November 20, 2024
Date